DOROTHY HAGEL, *ET AL.*, PLAINTIFFS, v. JOHN SABINE, *ET AL.*, DEFENDANTS-RESPONDENTS, PETITIONERS, AND SUBURBAN PAVING & CONTRACTING CO., INC., DEFENDANT-RESPONDENT, CROSS-PETITIONER.

*Messrs. Seaman & Clark* for the petitioners.

*Messrs. Lamb, Langan & Blake* for the cross-petitioners.

*Mr. Charles C. Stalter* for the respondent.

February 12, 1962.   Denied.

JOHN R. PAGE, PETITIONER-RESPONDENT, v. FEDERATED METALS DIVISION, AMERICAN SMELTING & REFINING CO., RESPONDENT-PETITIONER.

See same case below: 71 *N. J. Super.* 59.

*Messrs. Schapira & Farkas* for the petitioner.

*Mr. Jacob L. Balk* for the respondent.

February 12, 1962.   Denied.